UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT DOUGLAS LYLE, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:16-cv-00864 |
| MONTGOMERY COUNTY, TENNESSEE, et al., | ) ) ) ) | JUDGE CRENSHAW |
| Defendants. | ) | |

## ORDER

Pending before the Court are two Report and Recommendations of the Magistrate Judge, to which no timely objections have been filed. (Doc. Nos. 66 and 76.) The Court has reviewed the Report and Recommendations and conducted a de novo review of the record. The Report and Recommendations are **ADOPTED**.

Accordingly, the Motions to Dismiss filed by Defendant Correct Care Solutions (Doc. No. 57) and Defendants Pierce, Porter, Ritscher, Lee, Carter, Sparks, and Vansciver (Doc. No. 42) are **GRANTED** and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE